UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81332-DMM

RUDOLPH BETANCOURT,

    Plaintiff,
vs.

TPG BOCA RATON, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. L.R. 16.4, Plaintiff, Rudolph Betancourt, and Defendant, TPG Boca Raton, LLC, hereby give notice that they have reached a resolution of this matter and are in the process of preparing and executing settlement documents. The Parties respectfully request 30 days to file their stipulation of dismissal with prejudice.

Dated: October 27, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Brandon Rotbart* | */s/ Paul De Boe* |
| Brandon A. Rotbart, Esq. | Paul J. De Boe, Esq. |
| Florida Bar No. 124771 | Florida Bar No.: 52051 |
| rotbart@rotbartlaw.com | paul.deboe@ogletreedeakins.com |
| Law Office of Brandon A. Rotbart, P.A. | OGLETREE, DEAKINS, NASH, |
| 12000 Biscayne Blvd. | SMOAK & STEWART, P.C. |
| Suite 502 | Two Datran Center |
| North Miami, FL 33181 | 9130 S. Dadeland Boulevard, Suite 1625 |
| Phone: 305.350.7400 | Miami, Florida 33156 |
| | Telephone: 305.374.0506 |
| | Facsimile: 305.374.0456 |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |