UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-81332-CV-MIDDLEBROOKS

RUDOLPH BETANCOURT,

    Plaintiff,

v.

TPG BOCA RATON, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Parties' Joint Stipulation for Dismissal with Prejudice, filed November 16, 2022. (DE 22). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE.**

2. The Clerk of Court shall **CLOSE THIS CASE.**

3. All pending motions are **DENIED AS MOOT.**

4. Each of the parties shall bear its own attorneys' fees and costs, except as otherwise agreed by the parties.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 18 day of November, 2022.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE